IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMMITT REED JONES, #161334, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:10-cv-0799-TMH |
| ) | |
| J. C. GILES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #5) filed on October 26, 2010 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #4) entered on October 21, 2010 is adopted;

(3) To the extent Jones seeks habeas corpus relief, the instant application is DENIED.

(4) To the extent Jones seeks issuance of a petition for writ of mandamus, this request is DENIED.

(5) This case is DISMISSED for lack of jurisdiction.

DONE this the 15th day of November, 2010.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE